**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIAM EDWARD GRAY**                                                    **PETITIONER**
**ADC #168502**

**v.**                                   **Case No. 4:23-cv-00057-LPR**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE